# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CALVIN ALLEN, BRICKHOUSE PRODUCTIONS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) No. 6:18-03100-CV-RK |
| v. | )<br>) |
| MARTAIN, LEIGH & LAWS, PC, BARRY F LAWS III, INDIVIDUAL AND CORPORATE CAPACITIES; RICHARD MARTIAN, AND ATLANTIC MORTGAGE CORPORATION, THE FIRMS' DEFUNCT CLIENT; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Before the Court is Plaintiffs' Calvin Allen and Brickhouse Productions ("Plaintiffs") Motion for Default Judgment against Defendants Martian, Leigh, & Laws, P.C.; Barry F. Laws III; Richard Martian; and Atlantic Mortgage Corporation, the Firms' Defunct Client ("Defendants"). (Doc. 17.) For the reasons below, the Motion for Default Judgment is **DENIED**.

"An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h)[1] has a duty to avoid unnecessary expenses of serving the summons. The Plaintiff may notify such a defendant that an action has commenced and request that the defendant waive service of a summons." Fed. R. Civ. P. 4(d)(1). Pursuant to Fed. R. Civ. P. 4(d)(1)(F), the notice and request for waiver must give the defendant at least thirty days to respond to the request and return the waiver. If the defendant does not return the waiver of service within thirty days, the plaintiff must serve the defendant with the summons and the complaint. Fed. R. Civ. P. 4(c)(1)(A). The defendant must serve an answer "within 21 [twenty-one] days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A).

---

[1] Federal Rule of Civil Procedure 4(e), (f), or (h) allow service for individuals in a judicial district of the United States, individuals in foreign countries, and serving a corporation respectively.

The summons and request for waiver of service were served on each Defendant on March 26, 2018.  (*Id*.)   The summons and request for waiver of service stated that the wavier of service is due thirty days after the summons and request for waiver of service was served on Defendants.  (Doc. 13.)  Therefore, the waiver of service was due by April 23, 2018.  To this date, no wavier of service has been filed by any Defendant.  Defendants' answers are due within twenty-one days after Defendants are served with the summons and complaint.  The Court granted Plaintiff's Motion Requesting Order Directing U.S. Marshal to Effectuate Service and Process.  (Doc. 16.)  Defendants Martin Leigh PC and Steven Leigh note to the Court that they have not been served.  (Doc. 24.)   After further review, the Court notes Defendants have not been served.  (Doc. 13.)  Accordingly, Plaintiff's Motion for Default Judgment (doc. 17) is **DENIED**.  The Clerk's Office is directed to mail a copy of this Order to Plaintiff.

    **IT IS SO ORDERED.**

                                      s/ Roseann A. Ketchmark
                                      ROSEANN A. KETCHMARK, JUDGE
                                      UNITED STATES DISTRICT COURT

DATED:  June 14, 2018